PARIS v. KREITZ

No. 476P85.

Case below: 75 N.C. App. 365.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 10 December 1985.

POWELL v. WILLIAMS OIL CO.

No. 473P85.

Case below: 75 N.C. App. 512.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 December 1985.

SHELTON v. MOREHEAD MEMORIAL HOSPITAL

No. 563PA85.

Case below: 76 N.C. App. 253.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 10 December 1985. Cross-petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 10 December 1985.

STATE v. BEAVER

No. 710A85.

Case below: 77 N.C. App. 734.

Petition by Attorney General for writ of supersedeas and temporary stay denied 26 November 1985.

STATE v. BYNUM

No. 609P85.

Case below: 76 N.C. App. 542.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.